US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

JAN 2 8 2025

Ronald E. Dowling
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 2:25-CR-20003-001 |
| v. | ) | |
| | ) | 18 U.S.C. § 2250 |
| RICHARD MANGUM | ) | |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

Between on or about October 2024, through on or about December 23, 2024, in the Western District of Arkansas, Fort Smith Division and elsewhere, the Defendant, RICHARD MANGUM, an individual required to register under the Sex Offender Registration and Notification Act, knowingly failed to register and update his sex offender registration with the proper authority as required by the Sex Offender Registration and Notification Act.

All in violation of Title 18, United States Code, Section 2250.

A True Bill.

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson

By: _____
Briana Robbins
Assistant U. S. Attorney
Arkansas Bar No. 2018157
414 Parker Avenue
Fort Smith, Arkansas 72901
Telephone: (479) 783-5125
E-mail: Briana.Robbins@usdoj.gov